IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL HOLLAND, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-25-00233-JD |
| ) | |
| JUSTIN KUTZ, an individual; ) | |
| CHRISTOPHER BALESTRINO, an ) | |
| individual; CROSS COUNTRY ) | |
| EXPRESS, LLC, a Wisconsin limited ) | |
| liability company; and MADISON ONE ) | |
| CAPITAL, LLC, a Nevada limited ) | |
| liability company, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the Court is Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction ("Motion"). [Doc. No. 3]. The Motion seeks a temporary restraining order and a preliminary injunction against Defendants. It was filed in connection with the original complaint.

Plaintiff filed an Amended Complaint under Federal Rule of Civil Procedure 15(a)(1). [Doc. No. 5]. Plaintiff's Amended Complaint "supersedes the original [complaint] and renders it of no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991); *see Predator Int'l, Inc. v. Gamo Outdoor USA, Inc.*, 793 F.3d 1177, 1180–81 (10th Cir. 2015); *Mink v. Suthers*, 482 F.3d 1244, 1254 (10th Cir. 2007). Thus, the Motion is moot.

The Motion for Temporary Restraining Order and Preliminary Injunction [Doc.

No. 3] is DENIED as moot and without prejudice to resubmission. Plaintiff should, however, satisfy the Court it has subject-matter jurisdiction before refiling.

IT IS SO ORDERED this 11th day of March 2025.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE